1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | JENNIFER GASPAR (CABN 266726)
Special Assistant United States Attorney

5 | 1301 Clay Street, Suite 340S
Oakland, CA 94612

6 | Telephone: (510) 637-3680
Fax: (510) 637-3724

7 | E-Mail: jennifer.gaspar@usdoj.gov

8 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00042 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATED REQUEST TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND TO ALLOW PREPARATION OF A PRE-PLEA PRESENTENCE REPORT |
| v. | ) | |
| JESUS MEDRANO-RAMIREZ, a/k/a "Jesus Ramirez," a/k/a "Jesus Medrano," a/k/a "Roberto Ceja," a/k/a "Robert Ceja," a/k/a "Juan Cordoba, | ) | Date: June 1, 2011<br>Time: 10:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |
| Defendant. | ) | |

The above-captioned matter is set on June 1, 2011, before this Court for change of plea and sentencing. The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure and will submit the proposed plea agreement to the Court at the same time as this stipulation to allow time for the Court to consider the proposed plea agreement and for the preparation of a pre-plea Presentence Investigation Report by the United States Probation Office. Defendant agrees that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Since the proposed plea

STIP. REQ. TO EXCLUDE TIME AND TO ALLOW PREPARATION OF A PRESENTENCE REPORT
CR 11-00042 SBA

agreement has been submitted to the Court, the parties further stipulate and agree that the time between March 31, 2011, and June 1, 2011, should be excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED: April 5, 2011

/s/
JENNIFER GASPAR
Special Assistant United States Attorney
Counsel for United States

/s/
ELLEN LEONIDA
Assistant Federal Public Defender
Counsel for Jesus Medrano-Ramirez

    This matter is set for change of plea and sentencing on June 1, 2011, at 10:00 a.m. The parties jointly request that time be excluded under the Speedy Trial Act between March 31, 2011 and June 1, 2011, to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a pre-plea Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

    **IT IS HEREBY ORDERED** that time between March 31, 2011, and June 1, 2011, is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

    **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED:_4/4/11

_Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO EXCLUDE TIME AND TO ALLOW PREPARATION OF A PRESENTENCE REPORT
CR 11-00042 SBA